Steven C. Dawson, AZ Bar No. 006674
Anita Rosenthal, AZ Bar No. 006199
Aaron Dawson CA Bar No. 283990
DAWSON & ROSENTHAL, P.C.
25 Schnebly Hill Road
Sedona, Arizona 86336-4233
Phone: (928) 282-3111
Email: dandr@dawsonandrosenthal.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Ahmad Alsadi and Youssra Lahlou, husband and wife, | **CASE NO: CV-16-03738-PHX-DGC** |
|---|---|
| Plaintiffs, | **NOTICE OF SATISFACTION OF JUDGMENT** |
| v. | |
| Intel Corporation, | |
| Defendant. | |

Plaintiffs hereby provide notice to the Court that the Judgment in this matter (Doc. 387), entered on February 16, 2021, plus costs and accrued interest, has been satisfied in full.

DATED this 16th day of March, 2021.

DAWSON & ROSENTHAL, PC

*/s/ Steven C. Dawson*
Steven C. Dawson
Anita Rosenthal
Aaron Dawson
25 Schnebly Hill Road
Sedona, AZ 86336

1

BEGAM MARKS & TRAULSEN, PA
Steven J. German, Of Counsel
Scott B. Seymann

*Attorneys for Plaintiffs*